IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM S. NICHOLSON,

        Plaintiff,

        v.                                  Civil Action No.1:08-cv-17

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

On January 7, 2008, William S. Nicholson, ["Plaintiff"], filed a complaint under 42 U.S.C. § 405(g) and an Application for Leave to Proceed in forma pauperis. On January 11, 2008, the Court Ordered Plaintiff to complete the District's new IFP form. Plaintiff filed the completed form on January 30, 2008.

Plaintiff's application reveals he is not employed and has not received any income within the past twelve months. Plaintiff has no money, either in cash or in a savings or checking account. Plaintiff does not have any assets and has no dependants. Plaintiff's monthly expenses total $0.00. He expects to get Social Security Insurance payments and intends to pay old hospital bills and help his brother.

Accordingly, it is **ORDERED** that Plaintiff's January 7, 2008 Application to Proceed in forma pauperis is **GRANTED**.

        **IT IS SO ORDERED.**

DATED: February 4, 2008

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE